| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

LASHAY T. COOPER, §
　§
　　Plaintiff, §
　§
versus §   CIVIL ACTION NO. 1:21-CV-381
　§
CEDRICK BROWN, *et al.*, §
　§
　　Defendants. §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Lashay T. Cooper, an inmate confined at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brought the above-styled lawsuit.

The court referred this matter to a United States Magistrate Judge for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends dismissing this action without prejudice for want of prosecution. The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

SIGNED at Beaumont, Texas, this 1st day of November, 2021.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE